# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CASSANDRA CHENEVERT

VERSUS

MICHAEL BRABHAM, ARCENEAUX
PEST MANAGEMENT SERVICE, INC.,
SHELTER INSURANCE COMPANY AND
MANHATTAN LIFE INSURANCE
COMPANY

NO. 2020 CW 0050

APR 2 8 2020

---

In Re:   Cassandra Chenevert, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge, No.
         667546

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**  The criteria set forth in **Herlitz Construction
Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878
(La. 1981) (*per curiam*) are not met.

                         **TMH**
                         **AHP**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT